# A&G | ARCHER & GREINER, P.C.
## ATTORNEYS AT LAW

**MARK J. OBERSTAEDT**
*Also Member of Pennsylvania Bar*

ONE CENTENNIAL SQUARE
HADDONFIELD, NJ 08033-0968
856-795-2121
FAX 856-795-0574

www.archerlaw.com

**Email Address:**
moberstaedt@archerlaw.com

**Direct Dial:**
(856) 354-3072

**Direct Fax:**
(856) 673-7072

March 4, 2010

**VIA FEDERAL EXPRESS**

Honorable Karen M. Williams, U.S.D.J.
United States District Court
for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
Room 6040
One John F. Gerry Plaza
Camden, NJ 08101

**RECEIVED**
MAR - 5 2010
KAREN M. WILLIAMS
U.S. MAGISTRATE JUDGE

RE: **Barbara Appleby v. Robert M. Goldberg, M.D., et al.**
**Docket No. 09-CV-4549 (RMB)(KMW)**

Dear Judge Williams:

This firm represents the defendants in the above-referenced matter. We are currently scheduled to appear for an Initial Case Management Conference with Your Honor on March 16, 2010. We are writing to request that the conference be adjourned due to recent developments in the case.

Yesterday, Judge Bumb issued an Order *sua sponte* questioning the plaintiff's standing to bring her claims under ERISA. A copy of Judge Bumb's Order is enclosed for Your Honor's convenience. Judge Bumb set a schedule for the motion that will conclude with oral argument on March 24, 2010. Given the possibility that the case will be dismissed or other action be taken on that date, we respectfully request that the Court adjourn the Initial Case Management Conference until after Judge Bumb issues her ruling on the *sua sponte* motion.

So Ordered this 5th day of March, 2010
KAREN M. WILLIAMS
U.S. MAGISTRATE JUDGE

PRINCETON OFFICE
700 Alexander Park
Suite 102
Princeton, NJ 08540
P 609-580-3700
F 609-580-0051

FLEMINGTON OFFICE
Plaza One
1 State Route 12, Suite 201
Flemington, NJ 08822-1722
P 908-788-9700
F 908-788-7854

PHILADELPHIA OFFICE
One Liberty Place - 32nd Floor
1650 Market Street
Philadelphia, PA 19103-7393
P 215-963-3300
F 215-963-9999

WILMINGTON OFFICE
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801
P 302-777-4350
F 302-777-4352

GEORGETOWN OFFICE
9 East Market Street
P O Box 977
Georgetown, DE 19947
P-302-858-5151
F-302-858-5161

NEW YORK OFFICE
2 Penn Plaza
Suite 1500
New York, NY 10121
P 212-292-4988
F 212-629-4568

Honorable Karen M. Williams, U.S.D.J.
March 4, 2010
Page 2

As always, if the Court has any questions or concerns, we will be happy to address them.

Respectfully submitted,

MARK J. OBERSTAEDT

MJO:jlv
cc: Alan L. Frank, Esquire  (via e-mail)
5360893v1